USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/23/2026__



Trivella &Forte LLP

**Westchester**
1311 Mamaroneck Ave., Ste 170
White Plains, New York 10605

**ATTORNEYS AT LAW**
Telephone: (914) 949-9075
Facsimile: (914) 949-4752
info@tfsllp.com

**Long Island**
10 Harbor Park Dr., Ste 100
Port Washington, NY 11050

MEMO ENDORSED

June 22, 2026

BY ECF

Hon. Nelson S. Román
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10605

**Plaintiffs' request for an adjournment of the show cause hearing and their deadline to file their reply papers is GRANTED on consent. The show cause hearing via teleconference scheduled for June 24, 2026 is adjourned to July 29, 2026 at 3:00 p.m. Plaintiffs' reply papers are to be filed on or before July 22, 2026. The Clerk of Court is kindly directed to terminate the motion at ECF No. 40.**

**Date: June 23, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:     Gesualdi et al. v. PCI Industries Corporation, No. 24-4809 (NSR)-request for adjournment of the Court appearance currently scheduled for Wednesday, June 24, 2026 at 3:00 p.m.

Dear Judge Román:

This firm represents the Plaintiffs in the above-captioned action. I write respectfully to request an adjournment of the court appearance currently scheduled for Wednesday, June 24, 2026 at 3:00 p.m., and a corresponding adjournment of the date for Plaintiffs to file their reply papers in further support of their Order to Show Cause for Default Judgment.

Plaintiffs respectfully request that the appearance be adjourned to any of the following dates convenient to the Court: July 29, July 30, or August 4, 2026, with Plaintiffs' reply papers to be filed on or before July 22, 2026. This is Plaintiffs' first request for an adjournment of this appearance. Defendant's counsel consents to this request and is available on each of the proposed dates.

Hon. Nelson S. Román
June 22, 2026
Page 2 of 2.

The adjournment is necessary because Defendant's opposition papers contain several complex issues that require additional time for the undersigned to meet with Plaintiffs' representatives and to prepare Plaintiffs' reply papers. Plaintiffs do not anticipate that any further adjournment of this appearance will be required. No party will be prejudiced by the requested adjournment, and no inordinate delay will result from it.

Thank you for the Court's kind attention to this matter. Please notify this office of the Court's decision.

Respectfully submitted,

/s/Christopher Smith_____
Trivella & Forte, LLP
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
(914) 949-9075
chris@tfsllp.com

cc: Clifford H. Greene, Esq. (via ECF).