Trivella & Forte LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2026

**Westchester**
1311 Mamaroneck Ave., Ste 170
White Plains, New York 10605

**ATTORNEYS AT LAW**
Telephone: (914) 949-9075
Facsimile: (914) 949-4752
info@tfsllp.com

**Long Island**
10 Harbor Park Dr., Ste 100
Port Washington, NY 11050

MEMO ENDORSED

See pg. 2

October 1, 2026

VIA ECF

Hon. Nelson S. Román
United States District Judge
United States District Court, Southern District of New York
Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: Gesualdi, et al. v. PCI Industries Corporation, No. 24-cv-4809 (NSR)
Request on consent to adjourn the October 15, 2026 conference set by ECF No. 60

Dear Judge Román:

This firm represents Plaintiffs.[1] Plaintiffs respectfully request, on the consent of Defendant's counsel, that the order to show cause conference calendared by the order entered September 29, 2026 (ECF No. 60) for October 15, 2026 at 2:00 p.m. be adjourned, either to later in the day on October 15, 2026 or to another date convenient to the Court and to counsel. This is Plaintiffs' first request to adjourn this conference.

By Order entered August 26, 2026 in Universal Remote Control, Inc. v. ADP TotalSource, Inc. and Josephine Marmo, Supreme Court, Westchester County, Index No. 57340/2025 (NYSCEF Doc. No. 142), a deposition is fixed for October 15, 2026 at 9:30 a.m.. That examination is an actual engagement expected to occupy the greater part of the day, and Plaintiffs' counsel is accordingly unable to appear before this Court at 2:00 p.m. on that date.

Plaintiffs' counsel asked Defendant's counsel for his position on September 30, 2026 and furnished Plaintiffs' available dates. Defendant's counsel responded the same day:

---

[1] Pursuant to Rule 7.A of the Court's Individual Practices in Civil Cases, counsel advises the Court that an artificial intelligence tool was used in preparing drafts of this letter. The tool was used in drafting the letter in its entirety, and counsel has reviewed, revised and adopted it as his own. This letter cites no judicial decision. The statutes, rules, docket entries and correspondence cited have been verified by counsel against their sources.

"I consent to the adjournment." He also furnished his own availability. Comparing the two, both counsel are available at the following times:

Thursday, October 15, 2026, at 4:00 p.m. or later
Tuesday, October 20, 2026, at 1:00 p.m. or later
Wednesday, October 21, 2026, at 1:00 p.m. or later
Friday, October 23, 2026, at 11:00 a.m. or later

Defendant's counsel has advised that he is out of the country from October 1, 2026 and returns on October 12, 2026, and that he may be unable to respond to electronic mail while away. He has asked that the Court be so advised, and that if none of the proposed dates is convenient to the Court, the rescheduling may have to await his return. Plaintiffs note for the Court's convenience that each of the dates set out above falls after October 12, 2026, so that his absence does not bear upon any of them.

ECF No. 60 fixes the date and the hour of the conference but does not state whether it is to be held in person or by telephone or video. The conference held on September 11, 2026 was conducted on Cisco Webex. Plaintiffs respectfully request that the conference, whenever it is held, be conducted by telephone or by video. Defendant's counsel has advised that he takes no position on this request, which is therefore Plaintiffs' alone. Should the Court prefer an in-person appearance, counsel will appear in White Plains.

This is the first request to adjourn the October 15 conference. Thank you for the Court's kind attention to this matter. Please notify this office of the Court's decision.

Respectfully submitted,

Trivella & Forte, LLP

/s/Christopher Smith__________
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
(914) 949-9075
chris@tfsllp.com

cc: Clifford H. Greene, Esq. (by ECF and electronic mail).

**The October 15, 2026 conference is adjourned to October 23, 2026 at 3pm.**

**This matter will be held via Teleconference. Please dial (855) 244-8681 and use access code 23104943855# to join the conference.**

**The clerk of the court is kindly directed to terminate the motion at ECF No. 61.**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Dated: October 1, 2026**
**White Plains, NY**